UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Christine M. Gilroy,
    Debtor

Case No. 16-21419-dob
Chapter 13
Hon. Daniel S. Opperman

### ORDER DENYING DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE WHY CREDITORS AND THEIR ATTORNEY SHOULD NOT BE HELD IN CONTEMPT AND ASSESSED SANCTIONS FOR VIOLATING THE AUTOMATIC STAY

Debtor having filed a Motion for Order to Show Cause Why Creditors and Their Attorney Should not be Held in Contempt and Assessed Sanctions for Violating the Automatic Stay, Creditors and their Attorney having filed a response, an evidentiary hearing being held, and the Court being otherwise informed in the premises:

IT IS HEREBY ORDERED THAT Debtor's motion is DENIED for the reasons stated in the Court's Opinion dated February 21, 2019.

**Signed on March 12, 2019**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge